928

No. 77–5367. BROGAN v. DEPARTMENT OF LABOR OF NEBRASKA ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–5368. MASSEY v. HUTTO, CORRECTION COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 77–5376. RODGERS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 77–5383. ELDRIDGE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 77–5386. WILLIAMS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–5391. CORBO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5392. ENRIQUEZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5394. BIONDO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 77–5395. TYLER v. STANTON; and HOGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5398. SCOTT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–5401. GREENFIELD v. GUNN. C. A. 9th Cir. Certiorari denied.

No. 77–5405. MAY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 77–5407. GREENE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.